The Jury has Reached a Verdict

May Earl

EXHIBIT

1

Court